SHOOK, HARDY & BACON L.L.P.
Tammy B. Webb (SBN 227593)
tbwebb@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Rachel A. Straus (SBN 268836)
rstraus@shb.com
Saman M. Rejali (SBN 274517)
srejali@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

Attorneys for Defendant
Western Dental Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT BONKOWSKI, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

WESTERN DENTAL SERVICES, INC.,

Defendant.

Case No. 8:25-cv-01600-FWS-JDE

Hon. Fred W. Slaughter

**DEFENDANT WESTERN DENTAL SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**

Hearing Date: March 19, 2026
Time: 10:00 AM
Courtroom: 10D

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that on March 19, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Fred W. Slaughter, sitting in the Ronald Reagan Federal Building and U.S. Courthouse, Courtroom 10D, 411 West 4th Street, Santa Ana, CA 92701, Defendant Western Dental Services, Inc. will and hereby does move this Court for an Order dismissing Plaintiff's Class Action Complaint. This Motion is made based on Plaintiff's failure to state a claim (Federal Rule of Civil Procedure 12(b)(6)), including:

- **Count I – Electronic Communications Privacy Act –** This Count fails because Plaintiff has not alleged an "interception" as defined by the ECPA. Further, Plaintiff has not properly invoked the crime-tort exception.
- **Count II – California Invasion of Privacy Act –** This Count fails because Plaintiff cannot state a claim for aiding and abetting liability, as he has not alleged an underlying third-party violation of the statute.
- **Count III – California Confidentiality of Medical Information Act –** This Count fails because Plaintiff has not alleged the disclosure of "medical information," nor does he allege that any such disclosure was actually viewed by an unauthorized person.
- **Count IV – Invasion of Privacy under California's Constitution –** This Count fails because Plaintiff has not sufficiently alleged a reasonable expectation of privacy or a highly offensive breach of any alleged interest.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 28, 2025. The Motion is based on this Notice, the Memorandum of Points and Authorities, and such other evidence and argument as may be presented at the hearing on this Motion.

Dated: December 18, 2025

SHOOK, HARDY & BACON L.L.P.

By: *\/s/ Tammy Webb*
TammyWebb

*Attorneys for Defendant*
*Western Dental Services, Inc.*