**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BONKOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>Defendant. | Case No. 8:25-cv-01600-FWS-JDE<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Robert Bonkowski ("Plaintiff"), by and through undersigned counsel, hereby submits this Notice of Settlement to inform the Court that an agreement in principle has been reached to resolve this matter that will result in the voluntary dismissal of Plaintiff's claims.  The Parties are in the process of finalizing a written agreement and Plaintiff expects to file a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41 within thirty (30) days.

Dated: February 26, 2026.                    Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:      */s/ Sarah N. Westcot*

Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 2100
Miami, FL 33131-2800
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

*Counsel for Plaintiff*