**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BONKOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>Defendant. | Case No. 8:25-cv-01600-FWS-JDE<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41** |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 8:25-CV-01600-FWS-JDE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Robert Bonkowski hereby voluntarily dismisses all claims asserted against Western Dental Services, Inc., without prejudice. Each party shall bear its own costs and fees.

Dated: March 31, 2026.                    Respectfully submitted,

                                          **BURSOR & FISHER, P.A**.

                                          By:  _____/s/ Sarah N. Westcot_____

                                          Sarah N. Westcot (State Bar No. 264916)
                                          701 Brickell Ave., Suite 2100
                                          Miami, FL 33131-2800
                                          Telephone: (305) 330-5512
                                          Facsimile: (305) 676-9006
                                          Email: swestcot@bursor.com

                                          *Counsel for Plaintiff*